UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | NO:  CV-13-185-RMP |
| LLS AMERICA, LLC, | Bankr. Case No. 09-06194-PCW11 |
| Debtor, | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | Adv. Proc. No. 11-80031-PCW11 |
| Plaintiff, | ORDER REJECTING REPORT AND RECOMMENDATION |
| v. | |
| ETTER, MCMAHON, LAMBERSON, CLARY & ORSEKOVICH, PC, | |
| Defendant. | |

**BEFORE THIS COURT** is the Report and Recommendation of the

bankruptcy court, ECF No. 4, recommending that this Court preliminary deny the

request for trial in the District Court to allow for all pretrial matters to be heard in

and determined by the bankruptcy court.  Having reviewed the report and

ORDER REJECTING REPORT AND RECOMMENDATION ~ 1

recommendation, this Court finds that trial *and* all pretrial matters shall proceed in District Court pursuant to the Order Setting Briefing Schedule at ECF No. 2, and therefore rejects the Report and Recommendation at **ECF No. 4.**

The District Court Clerk is directed to enter this Order and provide copies to all parties.

**DATED** this 18th day of September 2013.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER REJECTING REPORT AND RECOMMENDATION ~ 2