UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                      Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                      Plaintiff,<br><br>   v.<br><br>ETTER MCMAHON LAMBERSON CLARY ORESKOVICH, PC,<br><br>                      Defendant. | NO:  13-CV-185-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 12-80031-PCW11<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Order of Dismissal, ECF No. 11.  The parties stipulate to the dismissal of this action with prejudice and without an award of fees or costs to any party pursuant to Rule 41(a)(1)(A) and pursuant to the settlement agreement entered into by Plaintiff and Defendant.

ORDER DISMISSING CASE WITH PREJUDICE ~ 1

1 | Having reviewed the Stipulation, the Court finds that this case should be
2 | dismissed as requested.  Accordingly, **IT IS HEREBY ORDERED**:
3 | 1.   The parties' Stipulation for Order of Dismissal, **ECF No. 11**, is
4 | **APPROVED**.
5 | 2. This case is dismissed, with prejudice and without an award of fees or
6 | costs to any party.
7 | The District Court Clerk is directed to enter this Order, provide copies to
8 | counsel, and **close this case**.
9 | **DATED** this 7th day of August 2014.

 *s/ Rosanna Malouf Peterson*
 ROSANNA MALOUF PETERSON
 Chief United States District Court Judge

ORDER DISMISSING CASE WITH PREJUDICE ~ 2